**VWP OF AMERICA, INC., Plaintiff,**

v.

**The UNITED STATES, Defendant.**

Slip Op. 06–64.
Court No. 93–12–00803.

United States Court of International Trade.

May 3, 2006.

**JUDGMENT ORDER**

MUSGRAVE, Judge.

Further to the second remand of the Court of Appeals for the Federal Circuit in *VWP of America, Inc. v. United States,* 117 Fed.Appx. 113, 2004 WL 2676667 (Fed.Cir.2004), and the parties, following lengthy discussions, having agreed to settle this matter; now, therefore, it is hereby

**ORDERED** that the U.S. Customs and Border Protection shall reliquidate the entries identified in Schedule A attached hereto on the basis of the appraised values less 17%, and shall promptly refund to Plaintiff the excess duties with interest as provided by law; and it is further

**ORDERED** that each party shall bear its own costs and expenses; and it is further

**ORDERED** that this action is dismissed as settled.

Schedule A

Port: Jackman, Maine

| Court Number | Protest Number | Entry Number | Entry Date |
| --- | --- | --- | --- |
| 93-12-00803 | 0101-93-100039 | 551-1066063-0 | 12/09/92 |
| (12/16/93) | | 551-1972466-8 | 12/01/92 |
| | | 551-1972461-9 | 12/01/92 |
| | | 551-1972455-1 | 12/02/92 |
| | 0101-93-100047 | 551-1066192-7 | 01/06/93 |
| | | 551-1066195-0 | 01/06/93 |
| | | 551-1066078-8 | 12/09/92 |
| | | 551-1066088-7 | 12/10/92 |
| | | 551-1074524-1 | 12/14/92 |
| | | 551-1066099-4 | 12/14/92 |
| | | 551-1066106-7 | 12/15/92 |
| | | 551-1066114-1 | 12/15/92 |
| | | 551-1066128-1 | 12/16/92 |
| | | 551-1066131-5 | 12/18/92 |
| | | 551-1971264-8 | 12/21/92 |
| | | 551-1971269-7 | 12/23/92 |
| | | 551-1971273-9 | 12/24/92 |
| | | 551-1066158-8 | 01/04/93 |
| | | 551-1066139-8 | 01/04/93 |
| | | 551-1074691-8 | 01/04/93 |
| | | 551-1066169-5 | 01/05/93 |
| | | 551-1971474-3 | 11/17/92 |
| | | 551-1066212-3 | 01/08/93 |
| | | 551-1066220-6 | 01/18/93 |
| | | 551-1066230-5 | 01/18/93 |
| | | 551-1066245-3 | 01/18/93 |
| | | 551-1066256-0 | 01/18/93 |
| | | 551-1066266-9 | 01/20/93 |
| | | 551-1066280-0 | 01/20/93 |
| | | 551-1066180-2 | 12/31/92 |
| | | 551-1066310-5 | 01/22/93 |
| | | 551-1066324-6 | 01/26/93 |
| | | 551-1066337-8 | 01/27/93 |
| | | 551-1066349-3 | 01/29/93 |
| | | 551-1066365-9 | 02/01/93 |